IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TIANNA BROME, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:24-cv-00243 |
| ) | |
| SAVANNAH MARINE ) | |
| TERMINAL, INC., ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S COUNSEL'S MOTION FOR LEAVE OF ABSENCE

Comes now the undersigned, Charles Herman, counsel of record for the Plaintiff in the above-referenced case and pursuant to LR 83.9 of the United States District Court for Southern District of Georgia respectfully requests that, the Court grant him a leave of absence for a period starting Friday November 22, 2024 through Sunday December 1, 2024; and Friday December 6, 2024 through Sunday December 15, 2024. The purpose of the leave is for personal vacation.

**WHEREFORE**, counsel for the Plaintiff respectfully requests that this Honorable Court **GRANT** Plaintiff Counsel's Motion for Leave of Absence, for the above-stated time period.

Respectfully submitted the 13th day of November, 2024.

**CHARLES HERMAN LAW**

/s/ Charles Herman
Charles Herman
Georgia Bar No. 142852
*Attorney for Plaintiff*

127 Abercorn Street, Suite 208
Savannah, Georgia 31401
(912) 244-3999; charles@charleshermanlaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| TIANNA BROME, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:24-cv-00243 |
| ) | |
| SAVANNAH MARINE ) | |
| TERMINAL, INC., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the within and foregoing document on all parties in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

This 13th day of November, 2024.

**CHARLES HERMAN LAW**

/s/ Charles Herman
Charles Herman
Georgia Bar No. 142852
*Attorney for Plaintiff*

127 Abercorn Street, Suite 208
Savannah, Georgia 31401
(912) 244-3999; charles@charleshermanlaw.com